UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JESSICA HERNANDEZ, on behalf of
themselves and all others similarly situated

    Plaintiff,

v.                                            Case No:   2:15-cv-337-FtM-38MRM

DYCK-O'NEAL, INC. and LAW OFFICES
OF DANIEL C. CONSUEGRA, P.L.,

    Defendants.

**REPORT AND RECOMMENDATION**[1]

**TO THE UNITED STATES DISTRICT COURT**

    This cause is before the Court on Defendant Dyck O'Neal's Motion to Deny Class Certification (Doc. 24) filed on April 11, 2016.   This matter was referred to the Undersigned by the Honorable Sheri Polster Chappell.   On May 2, 2016, Plaintiff Jessica Hernandez filed a Consent to Strike Class Allegations (Doc. 28).

    Plaintiff filed this action pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.   In the Class Action

---

[1] Disclaimer:   Documents filed in CM/ECF may contain hyperlinks to other documents or websites.   These hyperlinks are provided only for users' convenience.   Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.   By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.   Likewise, the Court has no agreements with any of these third parties or their websites.   The Court accepts no responsibility for the availability or functionality of any hyperlink.   Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Complaint (Doc. 1), Plaintiff asserted class (and subclass) allegations pursuant to Fed. R. Civ. P. 23. (*See* Doc. 1 at ¶¶ 26 – 32). In the Motion to Deny Class Certification, Defendant Dyck O'Neal, Inc ("Defendant") requests that the Court deny class certification due to Plaintiff's failure to comply with the timing provision of Local Rule 4.04(b). *See* M.D. Fla. R. 4.04(b). Rule 4.04(b) requires a Plaintiff to file a motion for class certification within ninety (90) days from the date the Complaint was filed. M.D. Fla. R. 4.04(b). In this case, the Class Action Complaint (Doc. 1) was filed on June 2, 2015, and the deadline to file a motion for class certification pursuant to Local Rule 4.04(b) is now long since lapsed.

In response to the Motion to Deny Class Certification, Plaintiff's filed a Consent to Strike Class Allegations (Doc. 28). Plaintiff indicated that she "consents to striking the class allegation in the Complaint." (Doc. 28). Accordingly, the Motion to Deny Class Certification (Doc. 24) is rendered moot, and the class allegations in the Complaint should be stricken.

**IT IS RESPECTFULLY RECOMMENDED:**

1) The Motion to Deny Class Certification be **DENIED as moot**.

2) The class allegations in the Class Action Complaint (Doc. 1) be **stricken**.

Respectfully recommended in Chambers in Ft. Myers, Florida on May 3, 2016.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

Copies furnished to:

Counsel of Record
Unrepresented Parties